| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION & ORDER FOR
ADMISSION *PRO HAC VICE*

United States Courts
Southern District of Texas
FILED

NOV 3 0 2006

Michael N. Milby, Clerk of Court

| Division | Bankruptcy / Corpus Christi | Action Number | 06-20676 |
|---|---|---|---|
| | In re: Gulf Atlantic Operations, LLC, et al. | | |
| | *versus* | | |
| | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Stewart F. Peck |
| Firm | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard |
| Street | 601 Poydras Street, Suite 2775 |
| City & Zip Code | New Orleans, Louisiana 70130 |
| Telephone | (504) 568-1990 |
| Licensed: State & Number | Louisiana #10403 |
| Admitted US District Court for: | Eastern, Middle, and Western Districts of Louisiana |

Seeks to appear as the attorney for this party:

| Unsecured Creditors Committee | |
|---|---|
| Dated: 11/27/06 | Signed: [signature] |

| ORDER: This lawyer is admitted *pro hac vice*. |
|---|

Signed on _____, 200___.

_____
United States District Judge